IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES,<br><br>      Plaintiff,<br>      Counterdefendant,<br><br>      v.<br><br>BAYER HEALTHCARE LLC,<br><br>      Defendant,<br>      Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-1251 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 15, 2005, true and correct copies of **ABBOTT LABORATORIES' FIRST SET OF INTERROGATORIES TO DEFENDANTS BAYER HEALTHCARE, LLC** and **ABBOTT LABORATORIES' FIRST SET OF DOCUMENT REQUESTS TO DEFENDANTS BAYER HEALTHCARE, LLC** were caused to be served upon the following in the manner indicated:

### BY HAND:

James D. Heisman, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19801

### BY FACSIMILE:

Dale M. Heist, Esq.
Woodcock Washburn LLP
One Liberty Place, 46th Floor
17th and Market Street
Philadelphia, PA 19103

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    /s/ Mary B. Graham
                    Mary B. Graham (#2256)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899
                    (302) 658-9200
                      *Attorneys for Defendant and Counterclaimant*
                      *Abbott Laboratories*

OF COUNSEL:

Jeffrey L. Weinberger
Garth T. Vincent
Andrea Weiss Jeffries
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
(213) 683-9100

March 15, 2005
455927

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing **NOTICE OF SERVICE** were caused to be served on March 15, 2005 upon the following individuals:

### BY HAND:

James D. Heisman, Esquire
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

### BY FACSIMILE:

Dale M. Heist, Esquire
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
17th and Market Street
Philadelphia, PA 19103

/s/ Mary B. Graham
Mary B. Graham (#2256)