**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Abbott Laboratories, Inc.          ) | |
|     Plaintiff/Counterdefendant,   ) | |
|                                ) | Civil Action No. 04-1251-GMS |
|       v.                          ) | |
|                                ) | |
| Bayer Healthcare LLC,           ) | |
|     Defendant/Counterclaimant.    ) | |
| _____ ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 15th day of March, 2005, caused one true and correct copy of **BAYER HEALTHCARE'S FIRST NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** to be served upon the below listed counsel of record in the following manner:

**Via Hand Delivery**
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

**Via Federal Express**
Jeffrey I. Weinberger, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

                                                                 _____/s/James D. Heisman_____
                                                                  James D. Heisman (# 2746)
                                                                  CONNOLLY BOVE LODGE & HUTZ LLP
                                                                  1007 N. Orange Street
                                                                  P. O. Box 2207
                                                                  Wilmington, DE 19899
                                                                  (302) 658-9141
                                                                  *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, James D. Heisman, Esquire, hereby certify that on this 16th day of March, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on this 16th day of March, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Jeffrey I. Weinberger, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

_____/s/James D. Heisman_____
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jheisman@cblh.com

386570