**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **Abbott Laboratories, Inc.** )<br>    **Plaintiff/Counterdefendant,** )<br>  )<br>       v.     )<br>  )<br>**Bayer Healthcare LLC,** )<br>    **Defendant/Counterclaimant.** )<br>_____ ) | Civil Action No. 04-1251-GMS |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 15th day of March, 2005, caused one true and correct copy of **BAYER HEALTHCARE'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO ABBOTT LABORATORIES** to be served upon the below listed counsel of record in the following manner:

**Via Hand Delivery**
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

**Via Federal Express**
Jeffrey I. Weinberger, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

_____/s/James D. Heisman_____
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, James D. Heisman, Esquire, hereby certify that on this 16th day of March, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Mary B. Graham, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market St.
>P.O. Box 1347
>Wilmington, DE 19899

I hereby certify that on this 16th day of March, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

>Jeffrey I. Weinberger, Esquire
>Munger, Tolles & Olson LLP
>355 South Grand Avenue
>35th Floor
>Los Angeles, CA 90071

>_____/s/James D. Heisman_____
>James D. Heisman (# 2746)
>CONNOLLY BOVE LODGE & HUTZ LLP
>1007 N. Orange Street
>P. O. Box 2207
>Wilmington, DE 19899
>(302) 658-9141
>jheisman@cblh.com

386569