IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Abbott Laboratories, Inc. | ) | |
|     Plaintiff/Counterdefendant, | ) | |
| | ) | Civil Action No. 04-1251-GMS |
| v. | ) | |
| | ) | |
| Bayer Healthcare LLC, | ) | |
|     Defendant/Counterclaimant. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Dale Heist, Gary H. Levin, Lynn B. Morreale, Paul B. Milcetic, and Stephen C. Timmins to represent Bayer Healthcare LLC in this matter.

Signed:  _____
James D. Heisman (# 2746)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorney for: Bayer Healthcare LLC

Date: April 4, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____      _____
                                                       United States District Judge

388382

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Dale Heist (PA Bar No. 23314)
Woodcock Washburn LLP
One Liberty Place
46th Floor
Philadelphia, PA 19103
(215) 568-3100

Dated: April 1, 2005

388382

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Gary H. Levin (PA Bar No. 23430)
Woodcock Washburn LLP
One Liberty Place
46th Floor
Philadelphia, PA 19103
(215) 568-3100

Dated: 3/30/05

388382

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Lynn B. Morreale*
Lynn B. Morreale (PA Bar No. 58088)
Woodcock Washburn LLP
One Liberty Place
46th Floor
Philadelphia, PA 19103
(215) 568-3100

Dated: 4/1/05

388382

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Paul B. Milcetic (PA Bar No. 68037)
Woodcock Washburn LLP
One Liberty Place
46th Floor
Philadelphia, PA 19103
(215) 568-3100

Dated: March 3, 2005

388382

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Stephen C. Timmins (PA Bar No. 85670)
Woodcock Washburn LLP
One Liberty Place
46th Floor
Philadelphia, PA 19103
(215) 568-3100

Dated: 3/30/05

388382