## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Abbott Laboratories, Inc. | ) | |
|     Plaintiff/Counterdefendant, | ) | |
| | ) | Civil Action No. 04-1251-GMS |
| v. | ) | |
| | ) | |
| Bayer Healthcare LLC, | ) | |
|     Defendant/Counterclaimant. | ) | |
| | ) | |

### NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 5th day of April, 2005, I caused one true and correct copy of **Bayer Healthcare's Rule 26(a)(1) Initial Disclosures** to be served upon the below-listed counsel of record in the following manner:

*Via hand delivery and email*
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Via fed ex and email*
Jeffrey I. Weinberger, Esquire
Munger, Tolles & Olson LLP
335 South Grand Avenue
35th Floor
Los Angeles, CA 90071

       */s/James D. Heisman*
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on this 5th day of April, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on this 5th day of April, 2005, I have forwarded same to the following non-registered participant:

Jeffrey I. Weinberger, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

_____/s/James D. Heisman_____
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jheisman@cblh.com

389727