IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| Counterdefendant, | ) | |
| | ) | Civil Action No. 04-1251 (GMS) |
| v. | ) | |
| | ) | |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| Counterclaimant. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Jeffrey I. Weinberger, Garth T. Vincent, Jason L. Haas and Stuart N. Senator of Munger Tolles & Olson LLP to represent Abbott Laboratories in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Plaintiff Abbott Laboratories*

Dated: April 5, 2004

IT IS HEREBY ORDERED this _____ day of April, 2005 that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

458746

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> James D. Heisman, Esquire
> CONNOLLY, BOVE, LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 5, 2005 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| James D. Heisman, Esquire | Dale M. Heist, Esquire |
| CONNOLLY, BOVE, LODGE & HUTZ LLP | WOODCOCK WASHBURN LLP |
| The Nemours Building | One Liberty Place, 46th Floor |
| 1007 North Orange Street | 17th and Market Street |
| Wilmington, DE 19801 | Philadelphia, PA 19103 |

*/s/ James W. Parrett, Jr.*

_____
James W. Parrett, Jr. (#4292)

458747