## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California (see attached) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                                    _____
                                                    Jeffrey I. Weinberger
                                                    MUNGER, TOLLES & OLSON LLP
                                                    355 South Grand Avenue
                                                    35th Floor
                                                    Los Angeles, CA  90071
                                                    (213) 683-9100

Date: March 29, 2005

261343

**Court Admissions – Jeffrey I. Weinberger**

| | |
|---|---|
| U.S. District Court, Central District of California | 1973 |
| U.S. Court Appeals 9th Circuit | 1984 |
| U.S. Court Appeals Federal Circuit | 1986 |
| U.S. Supreme Court | 1990 |
| U.S. District Court, Southern District of California | 1992 |
| U.S. District Court, Eastern District of California | 1993 |
| U.S. District Court, Northern District of California | 1992 |
| U.S. Court Appeals for the Fourth Circuit | 2000 |
| U.S. Court Appeals for the Eleventh Circuit | 2001 |
| U.S. District Court, Southern District of New York | 1971 |

830765.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*Garth T. Vincent*
Garth T. Vincent
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
(213) 683-9100

Date: March 25, 2005

261343

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*Jason L. Haas*
Jason L. Haas
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
(213) 683-9100

Date: March 25, 2005

261343

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*/s/ Stuart N. Senator*
Stuart N. Senator
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
(213) 683-9100

Date: March 25, 2005

261343