IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Abbott Laboratories, Inc.**          ) | |
|     **Plaintiff/Counterdefendant,**  ) | |
|                                          ) | Civil Action No. 04-1251-GMS |
|                  **v.**  ) | |
|                                          ) | |
| **Bayer Healthcare LLC,**          ) | |
|     **Defendant/Counterclaimant.**  ) | |
| _____ ) | |

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 14th day of April, 2005, caused one true and correct copy of **BAYER HEALTHCARE'S RESPONSES TO ABBOTT LABORATORIES' FIRST SET OF INTERROGATORIES (NOS. 1-10)** and **BAYER HEALTHCARE'S RESPONSES TO ABBOTT LABORATORIES' FIRST SET OF DOCUMENT REQUESTS (NOS. 1-60)** to be served upon the below listed counsel of record in the following manner:

    **Via Electronic Service as Agreed by the Parties and First Class Mail:**
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

    **Via Electronic Service as Agreed by the Parties and First Class Mail:**
Andrea Weiss Jeffries, Esquire
Stuart Senator, Esq.
Jason L. Haas, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

       */s/James D. Heisman*_____
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on this 15th day of April, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on this 15th day of April, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Jeffrey I. Weinberger, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

_____/s/James D. Heisman_____
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jheisman@cblh.com

391537