# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
―――
302 658 9200
302 658 3989 Fax

**Mary B. Graham**
**(302) 575-7287**
**mgraham@mnat.com**

April 22, 2005

**BY HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE  19801

    Re:    Abbott Laboratories v. Bayer Healthcare LLC, C.A. No. 04-1251 (GMS)

Dear Judge Sleet:

    Enclosed please find a revised agreed-upon form of scheduling order that reflects the dates discussed at the scheduling conference, the parties' further agreed-upon dates and information provided by chambers.

    Respectfully,

    */s/ Mary B. Graham*

    Mary B. Graham

MBG/dam
Enclosure

cc:    Dr. Peter T. Dalleo, Clerk (By Hand; w/enclosure)
       James D. Heisman, Esq. (By Facsimile; w/enclosure)
       Dale Heist, Esq. (By Facsimile; w/enclosure)
       Jeffrey I. Weinberger, Esq. (By Facsimile; w/enclosure)

456284