IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Abbott Laboratories,**<br>       **Plaintiff,**<br><br>       v.<br><br>**Bayer HealthCare LLC,**<br>       **Defendant.** | )<br>)<br>)  Civil Action No. 04-1251-GMS<br>)<br>)<br>)<br>)<br>) |

### BAYER HEALTHCARE'S NOTICE OF DEPOSITION OF
### WILLIAM E. MURRAY

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, beginning on June 15, 2005 at 9:00 a.m. at the offices of Connolly Bove Lodge & Hutz LLC, 1007 North Orange Street, Wilmington, DE 19899, or at some other time or place that may be agreed upon by the parties, defendant Bayer Healthcare LLC ("Bayer") will take the deposition upon oral examination of William E. Murray.

The oral examination will take place before a Notary Public or other officer authorized to administer oaths. The deposition will be recorded stenographically, videotaped, and may also be recorded by instant visual display of the stenographic record.

- 2 -

Date: May 27, 2005         By    _____
                                 **CONNOLLY BOVE LODGE & HUTZ**
                                 Jeffrey B. Bove, Esq. #998
                                 James D. Heisman, Esq. #2746
                                 The Nemours Building
                                 1007 North Orange Street
                                 PO Box 2207
                                 Wilmington, Delaware 19899
                                 (302) 658-9141
                                 **Attorneys for Defendant,**
                                 **Bayer Healthcare LLC**

Of Counsel:
**WOODCOCK WASHBURN LLP**
Dale M. Heist, Esq.
Lynn B. Morreale, Esq.
Paul B. Milcetic, Esq.
Stephen C. Timmins, Esq.
One Liberty Place - 46th Floor
17th and Market Streets
Philadelphia, PA 19103
(215) 568-3100

## CERTIFICATE OF SERVICE

I, Jeffrey B. Bove, Esquire, hereby certify that on this 27th day of May, 2005, I caused a true and correct copy of the foregoing **BAYER HEALTHCARE'S NOTICE OF DEPOSITION OF WILLIAM E. MURRAY** to be delivered to counsel of record in the manner indicated below:

*Via Hand Delivery:*
Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE  19899

*Via Federal Express:*
Jeffrey I. Weinberger, Esquire
Munger, Tolles & Olson LLP
355 S. Grand Avenue
35th Floor
Los Angeles, CA  90071

_____
Jeffrey B. Bove (# 998)