

# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW. Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

James D. Heisman
Partner
**Tel** 658-9141
**Fax** 252-4209
**Email** jheisman@cblh.com
**Reply to** Wilmington Office

June 22, 2005

*Via efiling and hand-delivery*
Ms. Cynthia Tyer-Daly
Secretary to Judge Sleet
District Court of Delaware
844 N. King Street
Wilmington, DE 19801

     RE:    ***Abbott Laboratories v. Bayer Healthcare, LLC***, *C.A. No. 04-1251 (GMS)*
               Discovery Teleconference

Dear Ms. Tyer-Daly:

    This letter confirms that a discovery teleconference has been set for July 6, 2005 at 11:00 a.m. in the above-referenced matter.  The agenda letter is due on or before July 1, 2005.  Bayer will set up the call.

                     Respectfully submitted,

                     */s/ James D. Heisman*

                     James D. Heisman

xc:    Dale M. Heist, Esq. (via email)
       Mary B. Graham, Esq. (via efiling & hand-delivery)
       Jeffrey I. Weinberger, Esq. (via email)
       402841/11113*3