IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Abbott Laboratories,<br>　　　　Plaintiff,<br><br>　　v.<br><br>Bayer Healthcare LLC,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-1251-GMS |

## NOTICE OF SERVICE

　　I, Richard D. Levin, Esquire, hereby certify that on the 24th day of June, 2005, I caused one true and correct copy of **Bayer Healthcare's Third Set of Requests for Documents and Things to Abbott Laboratories** to be served upon below-listed counsel of record in the manner indicated:

*Via E-mail & Hand-Delivery*
Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

*Via E-mail & U.S. Mail*
Jeffrey I. Weinberger, Esquire
Munger, Tolles & Olson LLP
335 S. Grand Avenue
35th Floor
Los Angeles, CA 90071

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Richard D. Levin (# 583)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Bayer Healthcare LLC*

Dated: June 24, 2005

# CERTIFICATE OF SERVICE

I, Richard D. Levin, hereby certify that on this 24th day of June, 2005, I caused a true and correct of the foregoing **Notice of Service** of **Bayer Healthcare's Third Set of Requests for Documents and Things to Abbott Laboratories** to be served upon counsel of record in the manner indicated below:

| *Via Email & Hand-Delivery* | *Via Email & U.S. Mail* |
|---|---|
| Mary B. Graham, Esquire | Jeffrey I. Weinberger, Esquire |
| Morris, Nichols, Arsht & Tunnell | Munger, Tolles & Olson LLP |
| 1201 N. Market Street | 335 S. Grand Avenue |
| P. O. Box 1347 | 35th Floor |
| Wilmington, DE 19899 | Los Angeles, CA 90071 |

Richard D. Levin (# 583)