

## CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

James D. Heisman
Partner
TEL (302) 658 9141
FAX (302) 658 5614
EMAIL jdh@cblhlaw.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

July 1, 2005

**VIA E-FILING AND HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   **Abbott Laboratories v. Bayer Healthcare, C.A. No. 04-1251 (GMS)**

Dear Judge Sleet:

Pursuant to Paragraph 5(d) of the Scheduling Order (D.I. 24), Bayer, submits this agenda letter outlining the issues in dispute which it would like to raise at the teleconference scheduled for next Wednesday at 11:00 a.m. As background, this is a patent infringement action in which Abbott has accused Bayer of infringing three patents relating to schedulers, scheduling methods, and methods of modeling assays for immunoassay devices. The parties have conferred on several occasions regarding these issues and are at an impasse.

**Issue 1:**

Whether Abbott should designate a witness to testify in response to a Rule 30(b)(6) deposition notice concerning Bayer's laches defense. Bayer's 30(b)(6) deposition notice is directed specifically to when Abbott knew or should have known of its claim against Bayer. Abbott has refused to designate a witness claiming that the discovery sought "is not reasonably calculated to lead to the discovery of admissible evidence," and protected by attorney client privilege and work product immunity.

**Issue 2:**

Whether Abbott should produce its lawyer, William Murray, for deposition so that Bayer may ascertain non-privileged facts to support Bayer's laches defense. Abbott has previously proffered a declaration by Mr. Murray in the *Bayer Healthcare v. Abbott Laboratories*, Civil Action No. 03-189-GMS(Bayer v. Abbott), litigation in support of Abbott's infringement claims against the Centaur and to explain Abbott's delay in filing suit. Abbott has

The Honorable Gregory M. Sleet
June 15, 2005
Page 2

objected to Mr. Murray's deposition on the ground that all information sought is irrelevant or calls for privileged or work product information.

Respectfully submitted,

James Heisman

JDH:mtf
cc: Dr. Peter T. Dalleo, Clerk (By Hand)
    Mary B. Graham, Esq. (By facsimile and email)
    Jeffrey I Weinberger, Esq. (By facsimile and email)
    Dale M. Heist, Esq. (By facsimile and email)