IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Abbott Laboratories, Inc.<br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>Bayer Healthcare LLC,<br>    Defendant/Counterclaimant. | )<br>)<br>)   Civil Action No. 04-1251-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 1st day of July, 2005, caused one true and correct copy of **BAYER'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES** to be served upon the below listed counsel of record in the following manner:

**Via Hand-delivery and Email:**
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

**Via Email only:**
Andrea Weiss Jeffries, Esquire
Stuart Senator, Esq.
Jason L. Haas, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

                              /s/ James D. Heisman
                              James D. Heisman (# 2746)
                              CONNOLLY BOVE LODGE & HUTZ LLP
                              1007 N. Orange Street
                              P. O. Box 2207
                              Wilmington, DE 19899
                              (302) 658-9141
                              *Attorney for Defendant*

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on this 6th day of July, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market St.
> P.O. Box 1347
> Wilmington, DE 19899

I hereby certify that on this 6th day of July, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

> Jeffrey I. Weinberger, Esquire
> Munger, Tolles & Olson LLP
> 355 South Grand Avenue
> 35th Floor
> Los Angeles, CA 90071

*/s/James D. Heisman*
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jheisman@cblh.com

404691