IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Abbott Laboratories, Inc.,<br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>Bayer Healthcare LLC,<br>    Defendant/Counterclaimant. | )<br>)<br>)   Civil Action No. 04-1251-GMS<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

I, Oleh V. Bilynsky, Esquire, hereby certify that on the 6th day of July, 2005, I caused one true and correct copy of **Bayer Healthcare's Second Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6)** to be served upon the below listed counsel of record in the following manner:

*Via Hand-Delivery*
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Via Email only*
Jason L. Haas, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

                                                   */s/ Oleh V. Bilynsky*
                                                 Oleh V. Bilynsky (# 3604)
                                                 CONNOLLY BOVE LODGE & HUTZ LLP
                                                 1007 N. Orange Street
                                                 P. O. Box 2207
                                                 Wilmington, DE 19899
                                                 (302) 658-9141
                                                 *Attorney for Defendant*

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I, Oleh V. Bilynsky, Esquire, hereby certify that on this 6th day of July, 2005, I electronically filed the foregoing **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on this 6th day of July, 2005, I have emailed the document to the following non-registered participants:

Jason L. Haas, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

                                         /s/ *Oleh V. Bilynsky*
Oleh V. Bilynsky (# 3604)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
obilynsky@cblh.com

405151