IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Abbott Laboratories, Inc.**     ) | |
|      **Plaintiff/Counterdefendant,**  ) | |
|                                   ) | Civil Action No.  04-1251-GMS |
|                **v.**             ) | |
|                                   ) | |
| **Bayer Healthcare LLC,**         ) | |
|      **Defendant/Counterclaimant.** ) | |
| _____   ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 8th day of July, 2005, caused one true and correct copy of **BAYER'S HEALTHCARE'S NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM OF ELIZABETH COFFEE** and **BAYER'S HEALTHCARE'S NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM AND AD TESTIFICANDUM OF LARRY MOORE**  to be served upon the below listed counsel of record in the following manner:

**Via Hand-delivery**
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

**Via Federal Express:**
Jason L. Haas, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

                                                       ***/s/ James D. Heisman***
                                      James D. Heisman (# 2746)
                                      CONNOLLY BOVE LODGE & HUTZ LLP
                                      1007 N. Orange Street
                                      P. O. Box 2207
                                      Wilmington, DE 19899
                                      (302) 658-9141
                                      *Attorney for Defendant*

Dated:  July 11, 2005

## CERTIFICATE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on this 11th day of July, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market St.
> P.O. Box 1347
> Wilmington, DE 19899

I hereby certify that on this 11th day of July, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

> Jeffrey I. Weinberger, Esquire
> Munger, Tolles & Olson LLP
> 355 South Grand Avenue
> 35th Floor
> Los Angeles, CA 90071

      */s/James D. Heisman*
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jheisman@cblh.com

405640