IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, ) <br> ) <br> Plaintiff, ) <br> Counterdefendant, ) <br> ) <br> v. ) <br> ) <br> BAYER HEALTHCARE LLC, ) <br> ) <br> Defendant, ) <br> Counterclaimant. ) <br> ) | Civil Action No. 04-1251 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 6, 2005, true and correct copies of **ABBOTT LABORATORIES' SUPPLEMENTAL RESPONSES TO BAYER INTERROGATORIES NO. 2 AND 3** were caused to be served upon the following in the manner indicated:

**BY HAND:**

James D. Heisman, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19801

**BY FACSIMILE:**

Dale M. Heist, Esq.
Woodcock Washburn LLP
One Liberty Place, 46th Floor
17th and Market Street
Philadelphia, PA 19103

                                                 MORRIS, NICHOLS, ARSHT & TUNNELL

                                                 */s/ Mary B. Graham*

                                               Mary B. Graham (#2256)
                                               1201 North Market Street
                                               P.O. Box 1347
                                               Wilmington, DE 19899
                                               (302) 658-9200

                                               *Attorneys for Plaintiff and Counterdefendant*
                                               *Abbott Laboratories*

OF COUNSEL:

Jeffrey I. Weinberger
Stuart N. Senator
Jason L. Haas
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100

July 13, 2005
455927

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing were caused to be served on July 13, 2005 upon the following individuals:

**BY HAND:**

James D. Heisman, Esquire
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

**BY FACSIMILE:**

Dale M. Heist, Esquire
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
17th and Market Street
Philadelphia, PA  19103

*/s/ Mary B. Graham*

Mary B. Graham (#2256)