IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Abbott Laboratories, Inc.<br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>Bayer Healthcare LLC,<br>    Defendant/Counterclaimant. | )<br>)<br>)  Civil Action No. 04-1251-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 15th day of July, 2005, caused one true and correct copy of **Bayer Healthcare's Notice of Deposition of Mark Muench** to be served upon the below listed counsel of record in the following manner:

*Via Hand-delivery*
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Via Federal Express:*
Jason L. Haas, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

                                                        */s/ James D. Heisman*
                                                       James D. Heisman (# 2746)
                                                       CONNOLLY BOVE LODGE & HUTZ LLP
                                                       1007 N. Orange Street
                                                       P. O. Box 2207
                                                       Wilmington, DE 19899
                                                       (302) 658-9141
                                                       *Attorney for Defendant*

Dated: July 15, 2005

## CERTIFICATE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on this 15th day of July, 2005, I electronically filed the foregoing **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on this 15th day of July, 2005, I have mailed by Federal Express, the document to the following non-registered participants:

Jason Haas, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

/s/James D. Heisman
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jheisman@cblh.com