IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Abbott Laboratories, Inc. )<br>    Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>Bayer Healthcare LLC, )<br>    Defendant/Counterclaimant. )<br>_____ ) | Civil Action No. 04-1251-GMS |

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 13th day of July, 2005, true and correct copies of **BAYER HEALTHCARE'S LIST OF CLAIM TERMS REQUIRING CONSTRUCTION AND PROPOSED CONSTRUCTIONS** were served upon the below listed counsel of record in the following manner:

**Via Facsimile and Email:**
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

**Via Facsimile and Email:**
Stuart Senator, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

                                                */s/ James D. Heisman*
                                                James D. Heisman (# 2746)
                                                CONNOLLY BOVE LODGE & HUTZ LLP
                                                1007 N. Orange Street
                                                P. O. Box 2207
                                                Wilmington, DE 19899
                                                (302) 658-9141
                                                *Attorney for Defendant*

Dated: July 18, 2005

**CERTIFICATE OF SERVICE**

I, James D. Heisman, Esquire, hereby certify that on this 18th day of July, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Mary B. Graham, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market St.
>P.O. Box 1347
>Wilmington, DE 19899

I hereby certify that on this 18th day of July, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

>Jeffrey I. Weinberger, Esquire
>Munger, Tolles & Olson LLP
>355 South Grand Avenue
>35th Floor
>Los Angeles, CA 90071

_____/s/James D. Heisman_____
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jheisman@cblh.com

406865