IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, )<br>)<br>Plaintiff, )<br>Counterdefendant, )<br>)<br>v. )<br>)<br>BAYER HEALTHCARE LLC, )<br>)<br>Defendant, )<br>Counterclaimant. )<br>) | Civil Action No. 04-1251 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 22, 2005, true and correct copies of ABBOTT LABORATORIES' RESPONSES TO BAYER'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS were caused to be served upon the following in the manner indicated:

**BY HAND:**

James D. Heisman, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19801

**BY FACSIMILE:**

Dale M. Heist, Esq.
Woodcock Washburn LLP
One Liberty Place, 46th Floor
17th and Market Street
Philadelphia, PA 19103

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ James W. Parrett, Jr.*
        _____
        Mary B. Graham (#2256)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200

        *Attorneys for Plaintiff and Counterdefendant*
        *Abbott Laboratories*

OF COUNSEL:

Jeffrey I. Weinberger
Stuart N. Senator
Jason L. Haas
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100

July 26, 2005
455927

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were caused to be served on July 26, 2005 upon the following individuals:

**BY HAND:**

James D. Heisman, Esquire
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

**BY FACSIMILE:**

Dale M. Heist, Esquire
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
17th and Market Street
Philadelphia, PA  19103

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)