## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Abbott Laboratories, Inc.**           ) | |
|     **Plaintiff/Counterdefendant,**   ) | |
|                                              ) | Civil Action No. 04-1251-GMS |
|           v.             ) | |
| **Bayer Healthcare LLC,**                 ) | |
|     **Defendant/Counterclaimant.**  ) | |

### NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 26th day of July, 2005, true and correct copies of **BAYER HEALTHCARE'S SUPPLEMENTAL/ AMENDED RESPONSES TO ABBOTT LABORATORIES' FIRST SET OF INTERROGATORIES (NOS. 1-4 AND 9)** were served upon the below listed counsel of record in the following manner:

**Via Hand Delivery:**
Mary B. Graham (#2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

**Via Federal Express:**
Jason Haas, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071

                                                        **/s/ James D. Heisman**
                                                        James D. Heisman (# 2746)
                                                        CONNOLLY BOVE LODGE & HUTZ LLP
                                                        1007 N. Orange Street
                                                        P. O. Box 2207
                                                        Wilmington, DE 19899
                                                        (302) 658-9141
                                                        *Attorney for Defendant*

Dated: July 26, 2005

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, Esquire, hereby certify that on this 26${}^{TH}$ day of July, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on this 21${}^{st}$ day of July, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Jason Haas, Esquire
Munger, Tolles & Olson LLP
355 South Grand Avenue
35${}^{th}$ Floor
Los Angeles, CA 90071

                                                         **/s/ James D. Heisman**
James D. Heisman (# 2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
jheisman@cblh.com

408340