# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

James W. Parrett, Jr.
302 498 6678
302 425 3083 Fax
jparrett@mnat.com

July 27, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:    *Abbott Laboratories v. Bayer Healthcare*, C.A. No. 04-1251 GMS

Dear Judge Sleet:

        Abbott Laboratories, having now completed its analysis of Bayer's Centaur device, wishes to inform the Court that it intends to dismiss the claims it has brought against Bayer in this action. Abbott understands that Bayer will dismiss its counterclaims as well, terminating this action. Accordingly, Abbott respectfully requests that all court and discovery deadlines be postponed for one week while the parties attempt to negotiate the terms of the dismissal. (An unopposed motion and proposed order seeking this extension is attached.) If Abbott is unable to reach an agreement with Bayer, Abbott will request an appropriate dismissal order to be entered.

                                      Respectfully,

                                      /s/ James W. Parrett, Jr.
                                      James W. Parrett, Jr. (#4292)

Enclosure
cc:   Clerk of the Court (by hand - w/encl.)
       James D. Heisman, Esquire (by e-filing - w/encl.)
       Dale Heist, Esquire (by facsimile - w/encl.)
       Jeffrey I. Weinberger, Esquire (by facsimile - w/encl.)