IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| Counterdefendant, | ) | |
| | ) | Civil Action No. 04-1251 (GMS) |
| v. | ) | |
| | ) | |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| Counterclaimant. | ) | |
| | ) | |

**ABBOTT LABORATORIES' UNOPPOSED MOTION TO EXTEND TIME**

Abbott Laboratories moves for an order extending by one week: (1) the time by which the parties must file the Joint Claim Construction Chart, *i.e.*, from Wednesday, July 27, 2005 to Wednesday, August 3, 2005, and (2) all discovery deadlines. Abbott has indicated to Bayer Healthcare LLC ("Bayer") that it intends to drop its patent claims against the accused devices and requests a one week extension for the parties to negotiate a form of dismissal. The parties have conferred and Defendant does not oppose this motion.

MORRIS NICHOLS ARSHT & TUNNELL

    */s/ James W. Parrett, Jr.*
Mary B. Graham #2256
James W. Parrett, Jr. #4292
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
   *Attorneys for Plaintiff and Counterdefendant*
   *Abbott Laboratories*

OF COUNSEL:

MUNGER, TOLLES & OLSON LLP
Jeffrey I. Weinberger
Stuart N. Senator
Jason L. Haas
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071-1560
(213) 683-9100

July 27, 2005


      IT IS HEREBY ORDERED this _____ day of July, 2005 that plaintiff's motion for an extension until August 3, 2005 to file the Joint Claim Construction Chart is granted.


_____
United States District Judge

476172