IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Abbott Laboratories,**<br>    **Plaintiff,**<br><br>    v.<br><br>**Bayer HealthCare LLC,**<br>    **Defendant.** | )<br>)<br>)  Civil Action No. 04-1251-GMS<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER OF DISMISSAL

NOW THIS _____ day of _____ 2005, having considered the parties' positions with respect to the form of dismissal for this action, and upon good cause shown,

IT IS HEREBY ORDERED THAT:

1. Abbott' Laboratories' complaint against Bayer Healthcare LLC is hereby dismissed, *with prejudice.*

2. All counterclaims by Bayer against Abbott in this action are dismissed without prejudice.

_____
Gregory M. Sleet
UNITED STATES DISTRICT JUDGE