IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1251-GMS |
| BAYER HEALTHCARE LLC, | : |
| Defendant. | : |

### ORDER

At Wilmington this **18th** day of **August, 2005,**

IT IS ORDERED that the mediation conference tentatively scheduled for Tuesday, November 22 and Wednesday, November 23, 2005 beginning at 9:00 a.m. has been rescheduled to **Thursday, November 17 and Friday, November 18, 2005 beginning at 10:00 a.m.  Casual dress for the mediation**.  Mediation statements shall now be due on or before **Monday, November 7, 2005.**  All other provisions of the Court's June 8, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE