## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1251-GMS |
| BAYER HEALTHCARE LLC, | : |
| Defendant. | : |

### ORDER

At Wilmington this **30th** day of **August, 2005,**

IT IS ORDERED that in light of Judge Sleet's Memorandum Opinion and Order dated August 29, 2005, the mediation conference scheduled for Thursday, November 17 and Friday, November 18, 2005 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE